IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | |
|---|---|
| HILLARY WILSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:21-CV-313-CHB |
| MCKESSON CORPORATION | ) |
| and | ) |
| REMX, LLC | ) |
| Defendants. | ) |

**DEFENDANTS' JOINT
<u>NOTICE OF REMOVAL</u>**

\*\*\* \*\*\* \*\*\*

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant RemX, LLC ("RemX"), and McKesson Corporation ("McKesson"), by counsel, hereby file this notice to remove an action pending against them in the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division. In support of this removal, Defendants state:

**<u>Background</u>**

1. Plaintiff, Hillary Wilson ("Wilson" or "Plaintiff"), filed this action on April 15, 2021 in Jefferson Circuit Court against RemX and McKesson, said action being designated Civil Case No. 21-CI-002219 (the "State Court Action"). A copy of the Complaint in the State Court Action (the "Complaint"), along with the summonses, are attached as Exhibit A. The Complaint was the initial pleading setting forth the claim for relief upon which this civil action is based, and no other proceedings have occurred in the State Court Action.

FP 40480244.1

2. Plaintiff, an employee of RemX, seeks alleged damages in connection with the separation of her temporary assignment at McKesson. Plaintiff's Complaint alleges a state law claim of disability discrimination under the Kentucky Civil Rights Act, KRS 344.010 *et seq*.

3. RemX received service of the Complaint and process on April 19, 2021. McKessson received service of the Complaint and process on April 21, 2021.

**Diversity Jurisdiction**

4. As provided in 28 U.S.C. § 1332(a), federal courts have original jurisdiction over all civil actions in which the action is between citizens of different states and the amount in controversy exceeds $75,000 exclusive of interests and costs. *See* 28 U.S.C. § 1332(a).

5. This action is between citizens of different states.

6. Plaintiff alleges in her Complaint that she is a resident of Jefferson County, Kentucky. [Compl. ¶ 2].

7. Defendant, RemX, LLC is a limited liability company organized under the laws of the State of California with a principal place of business in Atlanta, Georgia. The sole member of RemX, LLC is EB Professional Services, LLC. EB Professional Services, LLC is a Delaware LLC. The sole member of EB Professional Holdings, LLC is Employbridge LLC, a California LLC. EmployBridge LLC's sole member is EmployBridge Holding Company, a Delaware corporation with its principal place of business in Georgia.

8. Defendant, McKesson Corporation is a Delaware corporation with a principal place of business in Irving, Texas. McKesson consents to and joins in this Notice of Removal.

9. Plaintiff seeks damages in an unspecified amount for lost wages (backpay and front pay), benefits, compensatory damages, consequential damages, costs, attorneys' fees and interest.

10. Based upon the types of damages that Plaintiff seeks, and upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

### Venue

11. Venue is proper in this Court pursuant to 28 U.S.C. §§ 97 and 1441(a) because the United States District Court for the Western District of Kentucky is the federal judicial district embracing the Jefferson Circuit Court, the court in which the State Court Action was originally filed.

### Timely Filing

12. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after April 19, 2021 and April 21, 2021, the date on which RemX and McKesson, respectively, first received service of the Complaint in the State Court Action.

### Procedural Requirements

13. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings in the State Court Action are collectively attached to this Notice as Exhibit A.

14. Pursuant to 28 U.S.C. § 1446(d), Defendants have filed this Notice with this Court, is serving a copy of this Notice upon counsel for Plaintiff, and is filing a copy of this Notice with the Jefferson Circuit Court.

15. This Notice of Removal has been verified by Cynthia Blevins Doll, counsel for Defendant RemX herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants, RemX, LLC and McKesson Corporation, remove this action from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

*/s/ Cynthia Blevins Doll*
Cynthia Blevins Doll
Fisher & Phillips LLP
220 West Main Street, Suite 1700
Louisville, KY 40202
Phone: (502) 561-3990
Fax: (502) 561-3991
E-mail: cdoll@fisherphillips.com

COUNSEL FOR DEFENDANT,
REMX, LLC

*/s/ Jennifer S. Rusie*
Jennifer S. Rusie
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
401 Commerce Street, Suite 120
Nashville, TN 37219-2446
Phone: (615) 687-2223
Fax: (615) 254-1908
E-mail: Jennifer.rusie@ogletree.com

COUNSEL FOR DEFENDANT,
MCKESSON CORPORATION

FP 40480244.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2021, I electronically filed the foregoing ***Notice of Removal*** with the clerk of the court by using the CM/ECF System, which arranges for electronic service to the following:

Andrew Dutkanych
Biesecker Dutkanych & Macer, LLC
144 North Delaware Street
Indianapolis, IN 46204
Phone: (317) 991-4765
E-mail: ad@bdlegal.com

COUNSEL FOR PLAINTIFF

*/s/ Cynthia Blevins Doll*
COUNSEL FOR DEFENDANT