# Exhibit A

| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>05/18/2021 04:04:02 PM<br>96052<br>Case #: 21-CI-002219<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |
|---|---|---|

*Plantiff,* **WILSON, HILLARY VS. MCKEESON CORPORATION ET AL**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
   **421 WEST MAIN STREET**
   **FRANKFORT, KY 40601**

Memo: Related party is MCKEESON CORPORATION

The Commonwealth of Kentucky to Defendant:
**MCKEESON CORPORATION**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*
Jefferson Circuit Clerk
Date: **4/15/2021**

Presiding Judge: HON. SUSAN GIBSON (630269)

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____        Served By _____

                                   Title _____

Summons ID: @00000971989
CIRCUIT: 21-CI-002219 Certified Mail
WILSON, HILLARY VS. MCKEESON CORPORATION ET AL



Page 1 of 1

**eFiled**

CI : 000001 of 000001



**CORPORATE CREATIONS®**
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

REMX, LLC
Joan Korowitz Office Manager/Paralegal
EmployBridge Holding Company
1040 Crown Pointe Pkwy
Ste 1040
Atlanta GA 30338

04/20/2021

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2021-1717

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | Entity Served: | REMX, LLC |
|---|---|---|
| 2. | Title of Action: | Hillary Wilson vs. McKesson Corporation and Remx, LLC |
| 3. | Document(s) Served: | KCOJ eFiling Cover Sheet<br>Civil Summons<br>Complaint and Jury Demand<br>Notice of Appearance |
| 4. | Court/Agency: | Jefferson Circuit Court |
| 5. | State Served: | Kentucky |
| 6. | Case Number: | 21-C-002219 |
| 7. | Case Type: | Discrimination |
| 8. | Method of Service: | Certified Mail |
| 9. | Date Received: | Monday 04/19/2021 |
| 10. | Date to Client: | Tuesday 04/20/2021 |
| 11. | # Days When Answer Due:<br>Answer Due Date: | 20<br>Sunday 05/09/2021    CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | Sop Sender:<br>(Name, City, State, and Phone Number) | Biesecker Dutkanych & Macer, LLC<br>Indianapolis, IN<br>317-991-4765 |
| 13. | Shipped To Client By: | Email Only with PDF Link |
| 14. | Tracking Number: | |
| 15. | Handled By: | 181 |
| 16. | Notes: | Also Attached:<br>* Civil Summons |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

CORPORATE CREATIONS NETWORK, INC
101 NO. SEVENTH STREET
LOUISVILLE, KY 40202



## KCOJ eFiling Cover Sheet

Case Number: 21-CI-002219

Envelope Number: 3382246

Package Retrieval Number: 338224623070253@00000971990

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.71

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **21-CI-002219**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff*, **WILSON, HILLARY VS. MCKEESON CORPORATION ET AL**, *Defendant*

TO:  **CORPORATE CREATIONS NETWORK, INC**
     **101 NO. SEVENTH STREET**
     **LOUISVILLE, KY 40202**

Memo: Related party is REMX LLC

The Commonwealth of Kentucky to Defendant:
**REMX LLC**

You are hereby notified that **a legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*
Jefferson Circuit Clerk
Date: **4/15/2021**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: 338224623070253@00000971990
CIRCUIT: 21-CI-002219 Certified Mail
WILSON, HILLARY VS. MCKEESON CORPORATION ET AL



Page 1 of 1

*e*Filed

Filed         21-CI-002219   04/15/2021         David L. Nicholson, Jefferson Circuit Clerk

CASE NO. _____                         COMMONWEALTH OF KENTUCKY
                                             JEFFERSON CIRCUIT COURT
                                                   DIVISION _____

HILLARY WILSON,                                                    PLAINTIFF

v.

MCKESSON CORPORATION and
REMX, LLC,                                                       DEFENDANTS

****

## COMPLAINT AND JURY DEMAND

### I. NATURE OF THE CASE

1. This is an action brought by Plaintiff, Hillary Wilson ("Wilson"), by counsel, against Defendants, RemX LLC ("RemX Staffing") and McKesson Corporation ("McKesson") (collectively "Defendants"), for violating the Kentucky Civil Rights Act.

### II. PARTIES

2. Wilson, at all times relevant to this litigation, resided within Jefferson County.

3. McKesson Corporation is a Foreign Corporation licensed to do business in the State of Kentucky.

4. RemX Staffing is a is a Foreign Limited Liability Company licensed to do business in the State of Kentucky.

Filed         21-CI-002219   04/15/2021         David L. Nicholson, Jefferson Circuit Clerk

5.  The events that form the basis of this Complaint occurred in Jefferson County, Kentucky.

6.  The Plaintiff's damages exceed the minimum jurisdictional threshold for this Court.

7.  Defendant is an "employer" as that term is defined by KRS344.030(2).

8.  At all times relevant to this action, Wilson was an "employee" as that term is defined by KRS344.030(5).

## IV. FACTUAL ALLEGATIONS

9.  On or about November 10, 2019, Wilson was hired by RemX Staffing and placed at McKesson Corporation as a Case Manager.

10. At the time of her placement, Wilson was informed that after 90 days, she would become a regular full-time employee of McKesson as long as there were no issues.

11. On or about February 10, 2020, Wilson completed her 90 days with perfect attendance and without any issues. Wilson was informed by Cathy Pickett, RemX's On-Site Lead that she would have to wait an additional 30 days because McKesson was not hiring at the moment.

12. On or about March 10, 2020, Wilson learned her daughter was ill. For the first time, Wilson requested the day off to care for her daughter. Pickett approved Wilson's request.

Filed          21-CI-002219    04/15/2021        David L. Nicholson, Jefferson Circuit Clerk

13. Wilson followed up with Traci (Last Name Unknown) that evening to report that she would be able to return the following day. Tracy told Wilson to stay home with her daughter and not to come into work.

14. On or about March 12, 2020, Defendant contacted Wilson and informed her that her assignment had ended and that she should not return to the location.

15. Wilson's employment was terminated because RemX and McKesson believed that she and/or her daughter had tested positive for COVID-19.

16. Following the end of her assignment, RemX did not offer Wilson any further assignments.

## V. CAUSES OF ACTION

17. Paragraphs one (1) through sixteen (16) of Wilson's Complaint are hereby incorporated.

18. Defendant violated Wilson's rights as protected by the Kentucky Civil Rights Act by discriminating against her because of her actual or perceived disability.

19. Defendant's actions were intentional, willful and in reckless disregard of Wilson's rights as protected by Kentucky law.

20. Wilson has suffered and continues to suffer harm as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Hillary Wilson, by counsel, respectfully requests that this Court find for Plaintiff and:

1. Permanently enjoin Defendant from engaging in any employment policy

Filed          21-CI-002219    04/15/2021        David L. Nicholson, Jefferson Circuit Clerk

or practice that discriminates against any employee on the basis of his/her disability;

2. Reinstate Plaintiff to the position, salary, and seniority level she would have enjoyed but for Defendant's unlawful employment actions, or award her front pay in lieu thereof;

3. Order that the Plaintiff be awarded any back pay she would have earned, including fringe benefits, with related monetary benefits and interest thereon, absent Defendant's unlawful acts;

4. Award the Plaintiff compensatory damages, consequential damages, and lost wages and benefits in an amount sufficient to compensate Plaintiff for the damages caused by the Defendant's wrongful actions;

5. Award the Plaintiff her attorney fees, litigation expenses and costs incurred as a result of this action;

7. Award the Plaintiff pre- and post-judgment interest on all sums recoverable;

8. Grant such other relief as may be just and proper.

Respectfully submitted,

/s/ Andrew Dutkanych
Andrew Dutkanych
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Telephone:  (317) 991-4765
Facsimile:  (812) 424-1005
Email: ad@bdlegal.com

*Attorneys for Plaintiff, Hillary Wilson*

## DEMAND FOR JURY TRIAL

The Plaintiff, Hillary Wilson, by counsel, respectfully requests a jury trial as to all issues deemed so triable.

Respectfully submitted,

/s/ Andrew Dutkanych
Andrew Dutkanych
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Telephone:   (317) 991-4765
Facsimile:   (812) 424-1005
Email: ad@bdlegal.com

*Attorneys for Plaintiff, Hillary Wilson*

Filed     21-CI-002219    04/15/2021     David L. Nicholson, Jefferson Circuit Clerk

CASE NO. _____        COMMONWEALTH OF KENTUCKY
                                              JEFFERSON CIRCUIT COURT
                                                          DIVISION _____

**HILLARY WILSON,**                                      **PLAINTIFF**

v.

**MCKESSON CORPORATION and**
**REMX, LLC,**                                                       **DEFENDANTS**

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel for the Plaintiff, Hillary Wilson, in the above-captioned cause of action.

I certify that I am admitted to practice in this court.

                                                       Respectfully submitted,

                                                       /s/ Andrew Dutkanych
                                                       Andrew Dutkanych
                                                       BIESECKER DUTKANYCH & MACER, LLC
                                                       144 North Delaware Street
                                                       Indianapolis, IN 46204
                                                       Telephone:    (317) 991-4765
                                                       Facsimile:     (812) 424-1005
                                                       Email: ad@bdlegal.com

                                                       *Attorneys for Plaintiff, Hillary Wilson*

Filed          21-CI-002219          04/15/2021          David L. Nicholson, Jefferson Circuit Clerk

| AOC-105 | Doc. Code: CI | | Case No. | |
|---|---|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice  www.courts.ky.gov CR 4.02; CR Official Form 1 | | **CIVIL SUMMONS** | Court | ✔ Circuit ☐ District |
| | | | County | Jefferson |

**PLAINTIFF**

HILLARY                                                WILSON

VS.

**DEFENDANT**

MCKESSON CORPORATION
6535 N STATE HIGHWAY 161

Irving                         Texas                ▼ 75039

**Service of Process Agent for Defendant:**
Corporation Service Company
421 WEST MAIN STREET

Frankfort                                              Kentucky          ▼ 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____            _____ Clerk
                                                              By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____
this _____ day of _____, 2_____.
                                        Served by: _____
                                                            _____ Title

---

Filed          21-CI-002219          04/15/2021          David L. Nicholson, Jefferson Circuit Clerk

Package 000009 of 000010          Presiding Judge: HON. SUSAN GIBSON (630263)          Package 000009 of 000010

Filed          21-CI-002219          04/15/2021          David L. Nicholson, Jefferson Circuit Clerk

| AOC-105        Doc. Code: CI | | Case No. _____ |
| Rev. 1-07 | | |
| Page 1 of 1 | | Court    ✔ Circuit  ☐ District |
| Commonwealth of Kentucky | | |
| Court of Justice   www.courts.ky.gov | **CIVIL SUMMONS** | County _____ |
| CR 4.02; CR Official Form 1 | | |

**PLAINTIFF**

HILLARY                          WILSON

**VS.**

**DEFENDANT**

REMX LLC
1040 CROWN POINTE PARKWAY
SUITE 1040
ATLANTA                  Georgia          ▼ 30338

**Service of Process Agent for Defendant:**
CORPORATE CREATIONS NETWORK, INC
101 NO. SEVENTH STREET

LOUISVILLE                                   Kentucky          ▼ 40202

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within 20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2____           _____ Clerk
                                By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2____.

Served by: _____

_____ Title

---

Filed          21-CI-002219          04/15/2021          David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. SUSAN GIBSON (630269)

Package 000010 of 000010

APR 1 9 2021